# IN THE FEDERAL SUPREME COURT
## For The United States of America
## Massachusetts State

Blake Bobby Carrington

    Plaintiff

Vs.

DELTA PROJECTS INC.

John Pallies

Gregg Dion

Julie Groom

    Defendants

## Initial Brief

The Plaintiff, Blake Bobby Carrington, a living breathing flesh man and a secured party, foreign national invokes the jurisdiction of the federal supreme court for violations of Racial Discrimination, Civil Rights acts of 1964 (pub. L. 88-352).

## Statement of Facts

1. In March 2020 the plaintiff was hired at Delta Projects Inc. as director of facilities. Managing over 48 properties.

2. Immediately of the plaintiff began working for Delta Project Inc. The Plaintiff began to experience racial discrimination because of the color of his skin and his position held.

3. Around February of 2021 Greg Dion, Friends of John pallies CEO, was hired As CFO at Delta Projects Inc.

4. Both CEO And CFO began to double team the Plaintiff making his job hard and unbearable because of the color of skin and he was not wanted in his position.

5. Around February of 2021 the plaintiff went to report the racial discrimination he was experiencing only to be more racially discriminated against and retaliated against.

6. August of 2021 The plaintiff went to update his tax status from that of a tax payer to one that is exempt and the plaintiff was fired.

## Claim 1

## Racial Discrimination

The Plaintiff do assert that his rights were violated and his career destroyed by the unlawful behavior of the Delta Projects Inc. And its CEO'S, CFO'S, AND HR. John Pallies, Gregg Dion, and Julie Groom. The Plaintiff began working for Delta Project Inc. Around March 2020 at the beginning of Covid-19.

The Plaintiff Was hired as director of facilities, a big position, managing over 48 properties. But the Plaintiff did not see the racial discrimination ahead of him. The Plaintiff was in a conversation with the CEO of Delta Projects Inc. about various projects etc. where it was told to the plaintiff spontaneously That the CEO John Pallies didn't trust the plaintiff or his judgement.

Very puzzled by the CEO words The plaintiff began to realize that the CEO Had A problem with a man color being in the position he was in and he was not wanted or respected by the CEO.

The Plaintiff was sent into Covid-19 Positive homes by the establishment Delta Project Inc. without proper notification because he was black. The Company didn't tell the plaintiff of these covid positive homes because they hired the plaintiff to do there dirty work making the plaintiff expendable in their eyes because he was a man of color. Delta Project inc. CEO only Hired the plaintiff for this sole purpose. They needed someone expendable to bail the company out. Due to the previous Director of facilities quitting. For the company never respected the plaintiff or even showed any kindness towards the plaintiff.

The CEO of Delta Projects Inc. Only Cared to get his work done by someone expendable in his eyes. The plaintiff Actually Caught Covid As a result of the Actions of the racial discrimination by DELTA PROJECTS INC.

Around the time of February 2021 a friend of the CEO, Gregg Dion was hired as the CFO of Delta Project Inc. After this occurred things only began to get worse for the plaintiff. He began to get micro managed by the new CFO. In meetings with the CEO and CFO they would yell at the Plaintiff for no apparent reasons and talk down on him. Or at times there was so much animosity that the CFO brought up why does the Plaintiff travel in a Maserati. The Defendants would not let the plaintiff operate in his position as Director of facilities for he always stood over the plaintiff telling him what to do. But in fact it was the plaintiffs job to tell other employees what to do.

The defendants could not help their controlling racial nature. And made his job hard every step of the way. The Plaintiff tried to report the racial discrimination he was Experiencing to HR, Julie Groom, so that the issue could be sent to the HEAD BOARD MEMBERS of DELTA PROJECTS INC. who are the bosses of the CEO. Julie Groom did not do as requested by the plaintiff but instead was in cahoots with the CEO and reported her findings to him instead of a higher Authority.

The Actions of the HR, Julie Groom, caused the plaintiff to be more retaliated against by The Defendants. Right there after, 2 days to be exact. A Yearly Meeting that was suppose to take place at the beginning of the year was scheduled and at the meeting, out of retaliation the CFO

Gregg Dion, gave the plaintiff a whole bad yearly report. The Defendant Gregg Dion, was just hired at the company, so their was no way he could give a whole yearly review as to the plaintiff.

The Defendant tried to coerce the Plaintiff into signing an erroneous fraudulent review that the plaintiff respectfully declined to sign. Around April-May 2021 A notice was sent to all Directors and supervisors that they could now make their own schedules to operate off of. The plaintiff did as he was instructed and created his own schedule. This too began to be a problem for Delta Project Inc. The Above defendants began gpsing the plaintiff work truck to see where he was at all times.

The Above Defendants Contacted the plaintiff to Harass on his work method. They Asked him why his Truck was parked in certain areas at certain times of the day etc. the Plaintiff explained that he is working on his own schedule. So there are times he parks his truck and travels in his personal Car. The Excess freedom of the Plaintiff working his own schedule was a problem. The defendants needed more control of the plaintiff as if he were their slaves.

The Defendants told the plaintiff that working from home meant that he had to work from inside of his house for 8 hours a day. It was never explained to any of the Directors or Supervisors that one had to work from inside if their

house for 8 hours a day see ( Exhibit A) As it is a proven fact the Company let another Director/Supervisor work from Florida.

It Is Plain and clear on the face of the record that they wanted to control the plaintiff because he was Black and they viewed him as their slave and nothing more. The Plaintiff Worked for the Delta Projects Inc. For Nearly 2 years and was apart of their leadership team. But the Plaintiff was never placed of the company Website with the rest of the leadership team because the color of his skin and the personal disliking of the plaintiff.

Around August of 2021 the plaintiff went to HR to update his Tax withholding status from that of with holding to that of Exempt. Immediately A meeting was called between The CEO John Pallies, And HR Julie Groom and the plaintiff. The Plaintiff respectfully declined and stated he would participate if one of the Board Members could be present. See Exhibit B. For the Plaintiff has been harassed and discriminated against for the nearly 2 years of working for the Defendants.

At the request of having a Board Member present at the meeting the plaintiff was fired for no apparent reason destroying his career with Delta Project Inc.

Plaintiff do assert that he was harmed by the actions of the defendants and left jobless, and self esteem broken due to the actions of the above defendants.

## Conclusion Remedy Requested

The Plaintiff demands that the defendants compensate the plaintiff for Racial Discrimination, Violation of the Civil Rights Act of 1964 of equal employer opportunity, emotional and mental distress in the amount of $20,000,000( Twenty Million U.S. Dollars ).

## Certificate of Service

I, Keon-Michael: Williams of Israel Advocate Redemption Solution do swear that we placed copies in the hand of the U.S. Postal Service on behalf of the plaintiff for mailing to:

1. The Federal Supreme Court of The United States of America. Massachusett state. 1 Courthouse way, Boston MA 02210

2. Board of Directors of Delta Project Inc. 118 Allied Dr, Dedham, MA 02026

3. (CEO)John Pallies Delta Project Inc. 118 Allied Dr, Dedham, MA 02026

4. (CFO)Gregg Dion Delta Project Inc. 118 Allied Dr, Dedham, MA 02026