UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BLAKE BOBBY CARRINGTON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DELTA PROJECT INC., et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | **Civil Action No.**<br>**21-11744-WGY** |

**ORDER**

**YOUNG, D.J.**

On October 22, 2021, the clerk of this Court received an employment discrimination complaint in which Blake Bobby Carrington is identified as the plaintiff. The complaint concerns Carrington's employment in Massachusetts, which was allegedly unlawfully terminated in August 2021. The complaint is signed by "Keon-Michael: Williams," ("Keon-Michael") who identifies himself as an "advocate" with "Israel Advocate Redemption Solutions." The return address of the envelope in which the complaint and motion arrived is "P.O. Box 224, Lovelock, NV [89419]."

If Carrington is bringing this lawsuit as a *pro se* litigant, he must sign the complaint himself.[1] If Keon-Michael is representing Carrington, Keon-Michael must be a licensed

---

[1] When a *pro se* party or an attorney signs a complaint or other filing, the signature acts as a certification that the unrepresented litigant or the attorney has made a reasonable inquiry into the matter at hand and that the claims, defenses, and other legal contentions and defenses are warranted by the law and that factual contentions have or will have evidentiary support. *See* Fed. R. Civ. P. 11(b).

attorney. In addition, he must be admitted to practice law in this Court, *see* Local Rule 83.5.1, or obtain leave from the Court to appear *pro hac vice*, *see* Local Rule 83.5.3.

Accordingly, the Court hereby orders, that, within twenty-eight (28) days of the date of this order:

(1) Carrington must file a complaint his own signature; <u>or</u>

(2) Keon-Michael must file a notice of appearance as a licensed attorney and, if he has not been admitted to this Court, he must file a motion for leave to appear *pro hac vice*.

Failure to comply with order will result in dismissal of the action without prejudice.

**So ordered.**

/s/ William G. Young  
William G. Young  
United States District Judge

Dated: January 6, 2022